## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| TRAVEL TAGS, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Court File No.: 02-4726 MJD/JGL |
| | ) |
| DIGITAL REPLAY, INC., | ) |
| | ) |
| Defendant. | ) |

_____)

## ORDER OF DISMISSAL

Based upon the Stipulation of the parties, the above-captioned action, including all claims and counterclaims which were or could have been asserted, is dismissed with prejudice, on its merits, and without costs to either party, each party to bear its own attorneys' fees.


**SO ORDERED:**

Date: June 15, 2005                    By the Court:


                                       s/ Michael J. Davis
                                       Honorable Michael J. Davis
                                       United States District Court